DATE 6-03-05

Burris v. Richard Paving Inc - CA#04-1469-SLR

Assigned to: Honorable Sue L Robinson

Demand ☐ ?

Cause 42: 2000 Job Discrimination (Race) ADA

Dear Honorable, Sue L. Robinson

The U.S. Marshal Service delivered 12.30.04 at 1:10pm Received by Sixto Echevarria, Bookeeper at Richard's Paving Inc a Process Receipt and Return Signed 12-30-04

A return of Service as to From 12-30-04 was to be Answer's due 1-19-05 by Richard Paving Inc, 1-19-05

As of 6-03-05 no action has been by the court's or Richard Paving Inc it has left me distressed, Troubled, depressed, and, confused and undo hardship. I need to know what's the court's position on this matter as it been about 5 month or more still no respond's

(ASAP)

(302) 377 2779
658-

Stanford S Burris
88 Karlyn Dr
New Castle DE 19720