IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STANFORD L. BURRIS,           ) | |
|         Plaintiff,           ) | |
|    v.                            ) | Civ. No. 04-1469-SLR |
| RICHARD PAVING INC.,          ) | |
|         Defendant.          ) | |

**DEFAULT IN APPEARANCE**

AN ENTRY OF DEFAULT IN APPEARANCE is entered against defendant Richard Paving Inc. pursuant to Federal Rule of Civil Procedure 55(a) as defendant has failed to answer or otherwise respond to the complaint. (See D.I. 5, 6)

Dated: June 9, 2005            _____
                                           (By) Deputy Clerk