IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STANFORD L. BURRIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No.: 04-1496 |
| RICHARDS PAVING, INC. | ) ) ) ) |
| Defendant. | ) |

## APPLICATION FOR ENTRY OF DEFAULT

TO:   CLERK OF THE COURT
United States District Court
844 King Street
Wilmington, DE 19801

The plaintiff in the above-captioned directs that a default be entered against the defendant in the above-captioned matter. The basis for this application is as follows:

1. A complaint in this matter was filed on November 24, 2004 (Dk-2).

2. An Order by this Court permitted the plaintiff to proceed in Forma Pauperis (Dk-4).

3. A USM 285 Form was forwarded to the United States Marshal Service for service upon the defendant on December 22, 2004.

4. On January 3, 2005, the U.S. Marshal made a Return of Service, showing service was executed on the Defendant, on December 30, 2004 (Dk-5).

5. No answer has been filed nor appearance been made by the defendant, and the time allowed for answering has now expired.

ABER, GOLDLUST, BAKER & OVER

_____
GARY W. ABER (DSB #754)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE  19899
(302) 472-4900
Attorney for Plaintiff

DATED:  June 13, 2005