June 13, 2005

Stanford L Burris
     Plaintiff,
    v
Richard Paving Inc.
     Defendant

Civ. No. 04-1469-SLR

Dear Honorable Judge Sue L Robinson

There was a default in appearance entered against Richard Paving Inc. Failed to answer respond to complaint. I Stanford L Burris ask the court's for immedate repond or action on a Richard Paving Inc. Last Court action Date 6-9-05

Stanford L Burris
88 Karlyn Dr
New Castle, DE 19720
(302) 322-2779

2005 JUN 13 PM 4:28
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE