IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Stanford L. Burris | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civ. No. 04-1469-SLR |
| v. | : | |
| | : | |
| Richards Paving, Inc. | : | |
| | : | |
| Defendant | : | |

## ENTRY OF APPEARANCE

**PLEASE ENTER** the appearance of Matthew P. Donelson, Esquire, as attorney for defendant, Richards Paving, Inc.

                                            **ELZUFON AUSTIN REARDON**
                                            **TARLOV & MONDELL, P.A.**

                                            /s/ Matthew P. Donelson
                                            Matthew P. Donelson, Esquire
                                            Del ID # 4243
                                            300 Delaware Avenue, Suite 1700
                                            P.O. Box 1630
                                            Wilmington, DE 19899-1630
                                            (302) 428-3181
                                            Attorney for Defendant
                                            Richards Paving, Inc.

DATED: 06/15/05

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Stanford L. Burris | : |
|     Plaintiff, | : <br> : <br> :   Civ. No. 04-1469-SLR |
| v. | : <br> : |
| Richards Paving, Inc. | : <br> : |
|     Defendant | : |

### CERTIFICATE OF ELECTRONIC SERVICE

I, Matthew P. Donelson, do hereby certify that on this 15th day of June, 2005, I have caused the following documents to be served electronically on the parties listed below:

1.   Entry of Appearance;

2.   This Certificate of Electronic Service.

| | |
|---|---|
| Gary Aber, Esq. <br> Aber, Goldlust, Baker & Over <br> 702 King Street, Suite 600 <br> P.O. Box 1675 <br> Wilmington, DE 19890 | Stanford L. Burris <br> 88 Karlyn Drive <br> New Castle, DE 19720 |

DATE: June 15, 2005

      /s/MATTHEW P. DONELSON
MATTHEW P. DONELSON  #4243

G:\Docs\CLIENT\130708\15698\pleading\00287973.DOC