(Del. Rev. 12/98)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE



Stanford L Burris
_____
(Name of Plaintiff or Plaintiffs)

v.

Richard Paving Inc
_____
(Name of Defendant or Defendants)

CIVIL ACTION No. __04-1469__

## COMPLAINT UNDER TITLE VII
## OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to *Title VII of the Civil Rights Act of 1964*, as amended, for employment discrimination. Jurisdiction exists by virtue of 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff resides at __88 Karlyn Drive__
   (Street Address)
   __New Castle__   __N.C.__   __DE__   __19726__
   (City)         (County)   (State)  (Zip Code)
   __(302) 658-2706__
   (Area Code) (Phone Number)

3. Defendant resides at, or its business is located at __9 Bellecor Drive__
   (Street Address)
   __New Castle__   __N.C.__   __DE__   __19720__
   (City)         (County)   (State)  (Zip Code)

4. The discriminatory conduct occurred in connection with plaintiff's employment at, or application to be employed at, defendant's __Richard Paving Inc__ place of bussiness
   (Defendant's Name)
   located at __9 Bellecor Drive__
   (Street Address)
   __New Castle__   __N,C__   __DE__   __19720__
   (City)         (County)   (State)  (Zip Code)

5.  The alleged discriminatory acts occurred on __3__, __4__, __2003__
    (Day)   (Month)   (Year)

6.  The alleged discriminatory practice  ☒ is  ☐ is not continuing.

7.  Plaintiff filed charges with the Department of Labor of the State of Delaware,
    __Delaware Department of Labor_____
    (Agency)   (Street Address)   (City)
    __Wilmington__ __DE_____, regarding
    (County)   (State)   (Zip Code)
    defendant's alleged discriminatory conduct on __3__, __4__, __2002__
    (Day)   (Month)   (Year)

8.  Plaintiff filed charges with the Equal Employment opportunity Commission of the United States
    regarding defendant's alleged discriminatory conduct on: __5__, __9__, __03__
    (Day)   (Month)   (Year)

9.  The Equal Employment Opportunity Commission issued the attached Notice-of-Right-to-Sue letter
    which was received by plaintiff on __27__, __8__, __2003__
    (Day)   (Month)   (Year)

    (NOTE:  ATTACH NOTICE-OF-RIGHT-TO-SUE LETTER TO THIS COMPLAINT.)

10  The alleged discriminatory acts, in this suit, concern:
    A.  ☒ Failure to employ plaintiff.
    B.  ☐ Termination of plaintiff's employment.
    C.  ☐ Failure to promote plaintiff.
    D.  ☐ Other acts (please specify below)

    __Failure to Hire After All Test's were__
    __pasted__

11. Defendant's conduct is discriminatory with respect to the following:
    A. ☒ Plaintiff's race
    B. ☒ Plaintiff's color
    C. ☐ Plaintiff's sex
    D. ☐ Plaintiff's religion
    E. ☐ Plaintiff's national origin

12. A copy of the charges filed with the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of plaintiff's claim.

13. If relief is not granted, plaintiffs will be irreparably denied rights secured by Title VII of the 1964 CivilRights Act, as amended.

14. Plaintiff's has no adequate remedy at law to redress the wrongs described above

**THEREFORE**, Plaintiff prays as follows: (Check appropriate letter(s))

A. ☒ That all fees, cost or security attendant to this litigation be hereby waived
B. ☐ That the Court appoint legal counsel. if ACCAibLe
C. ☐ That the Court grant such relief as may be appropriate, including injunctive orders, damages, cost and attorney's fees

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/24/04

_Stanford S Burris_
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

EEOC Form 161-B (10/96)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

To: Stanford L. Burris
88 Karlyn Drive
New Castle, DE 19720

From: U. S. Equal Employment Opportunity Commission
Philadelphia District Office
21 South 5th Street - Suite 400
Philadelphia, PA 19106-2515

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 17C-2003-00419 (formerly 17CA300419) | Legal Unit | 215-440-2828 |

(See also the additional information attached to this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA must be filed in federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this Notice. Otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[ X ]   More than 180 days have passed since the filing of this charge.

[ ]   Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of the charge.

[ X ]   The EEOC is terminating its processing of this charge.

[ ]   The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

[ ]   The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ]   The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of your charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.

If you file suit based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Marie M. Tomasso, District Director

August 27, 2004
(Date Mailed)

Enclosure(s)

cc: Richards Paving, Inc.