June 18 2005

CIV. NO. 04-1469 SLR

Stanford L Burris
   Plaintiff
        v.
Richard Paving. Inc.
   Defendant.

FILED 2005 JUN 20 PM 3:12 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

Horable Judge Sue. L. Robinson
   I Stanford L Burris pray that court will not vacate the entry of default against Richard Paving Inc. It is prejudice for court to set aside the defaulted because it already prejudiced by frather delay Richard already acted in bad faith by refusing to hire me when I could ha proform all driving dutes, also D.O.L., EEOC tried to settle Richard Paving Inc refused, company is without merit's and a delay would really prejudiced me and are disingenuous and the court should not vacate entry of default. becaus this could have been over if company had acting in good faith also, after I applied and was rejected Richard Paving put ads in newspaper for week for drivers.

Hand Delivered via
June 21 2005

Mail: Elzon, Austin Reardon
Tarlov + Mondell, PA
Matthew P Donelson

Thanks
Stanford L Burris
88 Karlyn Dr
New Castle, DE 1972
(302) 377 2779