UNITED STATE DISTRICT COURT

July 1, 2005

Honorable Judge Sue L. Robinson;

This letter is in response to my request for the courts not to vacate the motion for default of my case against Richard Paving Inc. I feel as though Richard Paving is making a mockery of the system by not responding to court documents. Moreover, for this reason alone a default should not be issued. Again, Richard Paving acted in bad faith by discriminating against me and probably others. I believe that this company may have a practice of discrimination against disabled persons that are able to fulfill job duties and a full investigation should be ensued. Please move on with the case so we can have a just decision.

A motion to Dismiss

Best Regards,

*Stanford L Burris*
Stanford L. Burris

:

Cc. Matthew P. Donelson, Esquire Del ID# 4243
(Stanford L. Burris v. Richard Paving Inc. Civ. No. 04-1469-SLR)

2005 JUL -5 PM 3: 15
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE