IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STANFORD L. BURRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-1469-SLR |
| | ) |
| RICHARD PAVING INC., | ) |
| | ) |
| Defendant. | ) |

O R D E R

At Wilmington this 6th day of July, 2005, having reviewed defendant's request to vacate the entry of default entered against Richard Paving Inc. on June 9, 2005;

IT IS ORDERED that said request (D.I. 12) is granted and the Clerk's entry of default (D.I. 7) is hereby vacated.

IT IS FURTHER ORDERED that:

1.  On or before **July 20, 2005**, Gary Aber shall inform the court whether he is actually representing plaintiff in this matter and, if so, file a notice of attorney appearance.

2.  On or before **August 8, 2005**, defendant shall file a response to the complaint.

_____
United States District Judge