IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STANFORD L. BURRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No.: 04-1496 |
| | ) |
| RICHARDS PAVING, INC. | ) |
| | ) |
| Defendant. | ) |

**ENTRY OF APPEARANCE**

The undersigned, Gary W. Aber, Esquire, hereby enters his appearance on behalf of the plaintiff.

ABER, GOLDLUST, BAKER & OVER

/s/ Gary W. Aber
GARY W. ABER (DSB #754)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE  19899
(302) 472-4900
Attorney for Plaintiff

DATED: July 7, 2005