IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Stanford L. Burris | : |
| | : |
|     Plaintiff, | : |
| | :   Civ. No. 04-1469-SLR |
| v. | : |
| | : |
| Richards Paving, Inc. | : |
| | : |
|     Defendant | : |

## NOTICE OF MOTION OF DEFENDANT RICHARDS PAVING, INC.,'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT RULE 12(B)(6) FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

TO:    Gary W. Aber, Esq.
        Aber Goldlust Baker & Over
        702 King Street, Suite 600
        PO Box 1675
        Wilmington, DE 19899-1675

Please take notice that the undersigned will bring the above Motion to Dismiss pursuant to Rule 12(b)(6) before the Honorable Sue L. Robinson.

                                                          ELZUFON AUSTIN REARDON
                                                          TARLOV & MONDELL, P.A.

                                                          /s/ Matthew P. Donelson
                                                          MATTHEW P. DONELSON, #4243
                                                          300 Delaware Avenue, Suite 1700
                                                          P.O. Box 1630
                                                          Wilmington, DE 19899
                                                          (302) 428-3181
                                                          Attorneys for Defendant
                                                          Richards Paving, Inc.

Date: August 5, 2005