IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Stanford L. Burris | : |
| Plaintiff, | : |
| v. | : Civ. No. 04-1469-SLR |
| Richards Paving, Inc. | : |
| Defendant | : |

## ORDER

AND NOW, this _____ day of _____, 2005, it is ORDERED that Defendant Richards Paving, Inc., s' Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim Upon Which Relief can be Granted, pursuant to Rule 12(b)(6) is hereby GRANTED.

IT IS FURTHER ORDERED that plaintiffs' complaint having been dismissed for failure to state a claim upon which relief can be granted, plaintiff's cause of action against Defendant Richards Paving, Inc., is hereby DISMISSED with prejudice.

**IT IS SO ORDERED**

_____

J.