§

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Stanford L. Burris | : |
| | : |
|     Plaintiff, | : |
| | :   Civ. No. 04-1469-SLR |
| v. | : |
| | : |
| Richards Paving, Inc. | : |
| | : |
|     Defendant | : |

## CERTIFICATE OF ELECTRONIC SERVICE

I, Matthew P. Donelson, do hereby certify that on this 5th day of August, 2005, I electronically filed the following documents with the Clerk of Court using CM/ECF which will send notification of such filings to the parties listed below:

1. Notice of Motion to Dismiss pursuant to Rule 12(b)(6);

2. Motion to Dismiss pursuant to Rule 12(b)(6);

3. Attached Exhibits;

4. Proposed order;

5. This Certificate of Electronic Service.

Gary Aber, Esq.
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19890

I further hereby certify that on this 5${}^{th}$ day of August, 2005, I have mailed by U.S. Mail, the documents to the following non-registered participants:

Stanford L. Burris
88 Karlyn Drive
New Castle, DE 19720

/s/MATTHEW P. DONELSON
MATTHEW P. DONELSON  #4243
ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899
(302) 428-3181
mdonelson@elzufon.com
Attorneys for Defendant
Richards Paving, Inc.

G:\Docs\CLIENT\130708\15698\motions\00295285.DOC