IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STANFORD L. BURRIS,<br><br>        Plaintiff,<br><br>v.<br><br>RICHARDS PAVING, INC.<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  C.A. No.: 04-1496 (SLR)<br>)<br>)<br>)<br>) |

## STIPULATION

IT IS HEREBY STIPULATED, by and between the parties in the above-captioned matter, that the briefing on the Defendant's Motion to Dismiss, pursuant to Rule 12(b)(6) will proceed as follows:

    Plaintiff's Answering Brief Due    September 12, 2005

    Defendant's Reply Brief Due    September 22, 2005

ELZUFON, AUSTIN, REARDON
TARLOV & MONDELL

ABER, GOLDLUST, BAKER & OVER

/s/ Matthew P. Donelson
MATTHEW P. DONELSON, #4234
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899
(302) 428-3181
Attorney for Defendant

/s/ Gary W. Aber
GARY W. ABER, # 754
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899
(302) 472-4900
Attorney for Plaintiff

SO ORDERED, this _____ day of _____, 2005.

_____
The Honorable Sue L. Robinson