IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Stanford L. Burris | : |
| Plaintiff, | : |
| v. | : Civ. No. 04-1469-SLR |
| Richards Paving, Inc. | : |
| Defendant | : |

**DISCLOSURE OF CORPORATE AFFILIATION
AND FINANCIAL INTEREST**

Pursuant to Federal Rules of Civil Procedure 7.1, Richards Paving, Inc, makes the following disclosure:

1. Pursuant to Fed. R. Civ. Pro. 7.1(a), defendant Richards Paving, Inc., does not have any parent or any publicly held corporation that owns 10% or more of its stock.

_____          Matthew P. Donelson (#4243)
Signature of Counsel                                                Print Name

Date: September 29, 2005