IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Stanford L. Burris : | |
| : | |
| Plaintiff, : | |
| : | Civ. No. 04-1469-SLR |
| v. : | |
| : | |
| Richards Paving, Inc. : | |
| : | |
| Defendant : | |

## CERTIFICATE OF ELECTRONIC SERVICE

I, Matthew P. Donelson, do hereby certify that on this 29th day of September, 2005, I have caused the following documents to be served electronically on the parties listed below:

1. Answer to plaintiff's amended complaint;

2. Corporate disclosure pursuant to Rule 7.1(a).

3. This Certificate of Electronic Service.

```
Gary Aber, Esq.
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19890
```

DATE: September 29, 2005

\_\_/s/MATTHEW P. DONELSON\_\_\_\_\_
MATTHEW P. DONELSON  #4243

G:\Docs\CLIENT\130708\15698\pleading\00293477.DOC