IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Stanford L. Burris : | |
| : | |
| Plaintiff, : | |
| : | Civ. No. 04-1469-SLR |
| v. : | |
| : | |
| Richards Paving, Inc. : | |
| : | |
| Defendant : | |

**CERTIFICATE OF SERVICE**

I, Matthew P. Donelson, do hereby certify that on this 15th day of December, 2005, I have caused two copies of the following documents to be served via Hand Delivery on the parties listed below:

1.   Rule 26 (a)(1) Initial disclosures;

2.   This Certificate of Service.

Gary Aber, Esq.
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19890

DATE: December 15, 2005

_____
MATTHEW P. DONELSON #4243

G:\Docs\CLIENT\130708\15698\pleading\00287980.DOC