IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STANFORD L. BURRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.: 04-1469 |
| | ) | |
| RICHARDS PAVING, INC. | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

TO:   Matthew P. Donelson, Esquire
　　　Elzufon, Austin, Reardon,
　　　Tarlov & Mondell
　　　300 Delaware Avenue, Suite 1700
　　　P.O. Box 1630
　　　Wilmington, DE 19899


PLEASE TAKE NOTICE, that Plaintiff's Rule 26(a) Initial Disclosures was served on the above-named attorney on January 4, 2006.


　　　　　　　　　　　　　　　　　　　　　　ABER, GOLDLUST, BAKER & OVER

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Gary W. Aber
　　　　　　　　　　　　　　　　　　　　　　GARY W. ABER (DSB #754)
　　　　　　　　　　　　　　　　　　　　　　702 King Street, Suite 600
　　　　　　　　　　　　　　　　　　　　　　P.O. Box 1675
　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899
　　　　　　　　　　　　　　　　　　　　　　(302) 472-4900
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

DATED: January 4, 2006

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that two copies of the attached pleading were hand delivered and sent via electronic filing on January 4, 2006 to the following counsel:

>Matthew P. Donelson, Esquire
>Elzufon, Austin, Reardon,
>  Tarlov & Mondell
>300 Delaware Avenue, Suite 1700
>P.O. Box 1630
>Wilmington, DE  19899

>/s/ Melissa A. Chionchio
>Melissa A. Chionchio
>Secretary to Gary W. Aber, Esquire