IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STANFORD L. BURRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No.: 04-1469 |
| ) | |
| RICHARDS PAVING, INC. ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

TO:  Matthew P. Donelson, Esquire
     Elzufon, Austin, Reardon,
     Tarlov & Mondell
     300 Delaware Avenue, Suite 1700
     P.O. Box 1630
     Wilmington, DE 19899

PLEASE TAKE NOTICE, that Plaintiff's Answers to Defendant's First Set of Interrogatories were hand delivered on February 17, 2006.

ABER, GOLDLUST, BAKER & OVER

/s/ Gary W. Aber
GARY W. ABER (DSB #754)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899
(302) 472-4900
Attorney for Plaintiff

DATED: February 17, 2006

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that two copies of the attached pleading were hand delivered and sent via electronic filing on February 17, 2006 to the following counsel:

Matthew P. Donelson, Esquire
Elzufon, Austin, Reardon,
 Tarlov & Mondell
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899

/s/ Melissa A. Chionchio
Melissa A. Chionchio
Secretary to Gary W. Aber, Esquire