IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STANFORD L. BURRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.: 04-1469 |
| | ) | |
| RICHARDS PAVING, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DEPOSITION DUCES TECUM\***

TO:  Matthew P. Donelson, Esquire
     Elzufon, Austin, Reardon,
     Tarlov & Mondell
     300 Delaware Avenue, Suite 1700
     P.O. Box 1630
     Wilmington, DE  19899

PLEASE TAKE NOTICE, that the undersigned will take the oral deposition of David Moluski on Wednesday, June 14, 2006 at 2:00 p.m. in the offices of Aber, Goldlust, Baker & Over located at 702 King Street, Suite 600, Wilmington, DE 19801.

      ABER, GOLDLUST, BAKER & OVER

      /s/ Gary W. Aber
      GARY W. ABER (DSB #754)
      702 King Street, Suite 600
      P.O. Box 1675
      Wilmington, DE  19899
      (302) 472-4900
      Attorney for Plaintiff

DATED:  June 7, 2006

\*The deponent is to bring with him any and all documents, relating to, pertaining to, or mentioning the application of employment by Stanford Burris, and all rules and regulations, or provisions dealing with the method or manner of hiring and/or reviewing applications for hire by applicants for employment.

## **CERTIFICATION OF SERVICE**

The undersigned hereby certifies that two copies of the attached pleading were hand delivered and sent via electronic filing on June 7, 2006 to the following counsel:

>Matthew P. Donelson, Esquire
>Elzufon, Austin, Reardon,
> Tarlov & Mondell
>300 Delaware Avenue, Suite 1700
>P.O. Box 1630
>Wilmington, DE  19899

>>/s/ Melissa A. Chionchio
>>Melissa A. Chionchio
>>Secretary to Gary W. Aber, Esquire