IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STANFORD L. BURRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.: 04-1469 |
| | ) | |
| RICHARDS PAVING, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that Plaintiff's Second Set of Interrogatories Directed to Defendant and Plaintiff's First Request for Production of Documents Directed to Defendants was hand delivered to the following counsel June 15, 2006.

        Matthew P. Donelson, Esquire
        Elzufon, Austin, Reardon,
         Tarlov & Mondell
        300 Delaware Avenue, Suite 1700
        P.O. Box 1630
        Wilmington, DE 19899

        ABER, GOLDLUST, BAKER & OVER

          /s/ Gary W. Aber
        GARY W. ABER (DSB #754)
        702 King Street, Suite 600
        P.O. Box 1675
        Wilmington, DE 19899
        (302) 472-4900
        Attorney for Plaintiff

DATED: June 15, 2006

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that two copies of the attached pleading were hand delivered and sent via electronic filing on June 15, 2006 to the following counsel:

Matthew P. Donelson, Esquire
Elzufon, Austin, Reardon,
 Tarlov & Mondell
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899

/s/ Melissa A. Chionchio
Melissa A. Chionchio
Secretary to Gary W. Aber, Esquire