IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STANFORD L. BURRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.: 04-1469 |
| | ) | |
| RICHARDS PAVING, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DEPOSITION

TO:  Matthew P. Donelson, Esquire
     Elzufon, Austin, Reardon,
     Tarlov & Mondell
     300 Delaware Avenue, Suite 1700
     P.O. Box 1630
     Wilmington, DE  19899

PLEASE TAKE NOTICE, that the undersigned will take the oral deposition of Jeffrey Thompson on Wednesday, July 19, 2006 at 2:30 p.m. in the offices of Aber, Goldlust, Baker & Over located at 702 King Street, Suite 600, Wilmington, DE 19801.

                                        ABER, GOLDLUST, BAKER & OVER

                                              /s/ Gary W. Aber
                                        GARY W. ABER (DSB #754)
                                        702 King Street, Suite 600
                                        P.O. Box 1675
                                        Wilmington, DE  19899
                                        (302) 472-4900
                                        Attorney for Plaintiff

DATED:  July 6, 2006

## **CERTIFICATION OF SERVICE**

The undersigned hereby certifies that two copies of the attached pleading were hand delivered and sent via electronic filing on July 6, 2006 to the following counsel:

>Matthew P. Donelson, Esquire
>Elzufon, Austin, Reardon,
> Tarlov & Mondell
>300 Delaware Avenue, Suite 1700
>P.O. Box 1630
>Wilmington, DE  19899

>/s/ Melissa A. Chionchio
>Melissa A. Chionchio
>Secretary to Gary W. Aber, Esquire