IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Stanford L. Burris : | |
| : | |
| Plaintiff, : | |
| : | Civ. No. 04-1469-SLR |
| v. : | |
| : | |
| Richards Paving, Inc. : | |
| : | |
| Defendant : | |

### DEFENDANT RICHARDS PAVING, INC.,'S MOTION FOR SUMMARY JUDGMENT

Defendant Richards Paving, Inc., (hereafter referred to as "Richards Paving") hereby moves this Court to enter an order dismissing plaintiff's complaint with prejudice, pursuant to Rule 56. In support of its motion, Richards Paving refers to the arguments made in its attached Opening Brief.

**WHEREFORE**, for the reasons stated above, Richards Paving respectfully request that this Court dismiss plaintiff's complaint.

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.

/s/ Matthew P. Donelson
Matthew P. Donelson, ID #4243
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630
(302) 428-3181
Attorney for Defendant
Richards Paving, Inc.

Dated: August 1, 2006