IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Stanford L. Burris | : |
| Plaintiff, | : |
| v. | : Civ. No. 04-1469-SLR |
| Richards Paving, Inc. | : |
| Defendant | : |

### ORDER

AND NOW, this _____ day of _____, 2006, it is ORDERED that Defendant Richards Paving, Inc., s' Motion for Summary Judgment, pursuant to Rule 56 is hereby GRANTED.

IT IS FURTHER ORDERED that plaintiffs' cause of action having been dismissed for failure to state a genuine issue of material fact, plaintiff's cause of action against Defendant Richards Paving, Inc., is hereby DISMISSED with prejudice.

**IT IS SO ORDERED**

_____
J.