IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Stanford L. Burris : | |
| : | |
| Plaintiff, : | |
| : | Civ. No. 04-1469-SLR |
| v. : | |
| : | |
| Richards Paving, Inc. : | |
| : | |
| Defendant : | |

**CERTIFICATE OF ELECTRONIC SERVICE**

I, Matthew P. Donelson, do hereby certify that on this 1st day of August, 2006, I have caused the following documents to be served electronically on the parties listed below:

1. Motion for Summary Judgment;

2. This Certificate of Electronic Service.

> Gary W. Aber, Esquire
> Aber, Goldlust, Baker & Over
> 702 King Street, Suite 600
> P.O. Box 1675
> Wilmington, DE 19890

> \_\_/s/MATTHEW P. DONELSON\_\_\_\_\_
> MATTHEW P. DONELSON  #4243

Date: August 1, 2006
G:\Docs\CLIENT\130708\15698\pleading\00352434.DOC