IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STANFORD L. BURRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No.: 04-1469 (SLR) |
| ) | |
| RICHARDS PAVING, INC. ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S FIRST REQUEST FOR
PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANT**

The Plaintiff requests the Defendant, pursuant to Rule 34, <u>Federal Rules of Civil Procedure,</u> to produce for examination and copying at the offices of the attorney for the Plaintiff within thirty (30) days of the date of service hereof the following items:

<u>General Objections</u>

1. Richards Paving, Inc., (hereinafter referred to as "Richards Paving"), objects to Plaintiff's Discovery on the grounds that it is overly broad, unduly burdensome, seeks information which is not relevant to Plaintiff's cause of action, and seeks information which is not reasonably calculated to lead to the discovery of admissible evidence. Without waiving this objection, and subject to any additional objections herein, Richards Paving provides its Answers herein.

2. Richards Paving objects to Plaintiff's Discovery to the extent that said Discovery seeks information protected by either the attorney-client privilege or the work –product doctrine. Without waiving this objection, and subject to any additional objections herein, Richards Paving provides its Answers herein.

3. Richards Paving objects to Plaintiff's Discovery to the extent that it seeks information that is not within the custody or control of Richards Paving, is otherwise public domain, or is otherwise equally or more available to Plaintiff than to Richards Paving. Without waiving this objection, and subject to any additional objections herein, Richards Paving provides its Answers herein.

4. Richards Paving objects to Plaintiff's Discovery to the extent that it asserts and/or assumes unproven conclusions as established facts. Without waiving this objection, and subject to any additional objections herein, Richards Paving provides its Answers herein.

5. Richards Paving objects to Plaintiff's Discovery to the extent that it assumes the truth of the allegations which are in dispute in this litigation and/or makes incorrect and/or untrue assertions, and/or assumes unproven conclusions as established facts. Without waiving this objection, and subject to any additional objections herein, Richards Paving provides its Answers herein.

6. Richards Paving objects to Plaintiff's Discovery to the extent that it seeks to require it to provide information other than that which may be obtained through a reasonably diligent search of its records.

7. The responses made herein are made without in any way waiving or intending to waive, but on the contrary intending to reserve and reserving: (1) the right to object on the grounds of competency, privilege, relevancy, and materiality, or any other proper ground, to the use of such information, for any purpose, in whole or in part, in any subsequent step or proceeding in this action or any other action; (2) the right to object on any and all grounds at any time, to any other discovery procedure involving or relating to

the subject matter of Plaintiff's Discovery; and (3) the right to supplement these answers should additional information be discovered.

Notwithstanding and without waiving these objections, Richards Paving hereby responds to Plaintiff's Discovery as follows:

1. Copies of any and all materials furnished to the Delaware Department of Labor concerning its investigation of the Complaint filed by the plaintiff in this matter.

**RESPONSE:**

*Richards Paving objects to this Request for Production of documents as overly broad, burdensome, and harassing. By way of further response, this request has no basis in law.*

As to Objections:

Dated: 7/24/06

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.

_____
MATTHEW P. DONELSON (ID #4243)
300 Delaware Avenue, 17th Floor
P. O. Box 1630
Wilmington, DE  19899-1630
(302) 428-3181
Attorney for Defendant
Richards Paving, Inc.