IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Stanford L. Burris : | |
| : | |
| Plaintiff, : | |
| : | Civ. No. 04-1469-SLR |
| v. : | |
| : | |
| Richards Paving, Inc. : | |
| : | |
| Defendant : | |

**DEFENDANT RICHARDS PAVING, INC.,'S
<u>RESPONSE TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY</u>**

Defendant Richards Paving, Inc., (hereafter referred to as "Richards Paving") hereby responds to plaintiff's motion to compel discovery.

1. Richards Paving has filed Answers to Plaintiff's second set of interrogatories as well as answers to plaintiff's request for production of documents.

2. Out of respect for the privacy of its employees, Richards Paving objects to having to disclose the name; address date of birth, date of hire and date of termination for each individual that it has employed from 2003-2006.

3. Revised answers to plaintiff's discovery are being drafted and should be produced to plaintiff's counsel by August 14, 2006, when the undersigned counsel returns to the office. The revised answers should address plaintiff's concerns about hourly wage of Richards Paving's employees.

4. Plaintiff's motion to compel the second set of interrogatories is also a bit disingenuous since he has already elicited the hourly wage information from Mr. Dave Moluski during his deposition testimony.

5. Furthermore, the deadline for obtaining any experts, economic or otherwise has long passed and Richards Paving would object to any economic reports calculating plaintiff's lost income.

6. As for plaintiff's request for production of documents, my client has indicated that they are continuing to look for any documents. The documents that plaintiff is requesting may no longer exist. Should any documents be discovered, they will be produced to plaintiff.

7. No representatives have ever made an admission of liability to the Delaware Department of Labor or any other agency.

**WHEREFORE**, for the reasons stated above, Richards Paving respectfully request that this Court deny plaintiff's motion to compel discovery.

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.

_____
Matthew P. Donelson, ID #4243
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630
(302) 428-3181
Attorney for Defendant
Richards Paving, Inc.

Dated: August 8, 2006