IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STANFORD L. BURRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No.: 04-1469 (SLR) |
| | ) |
| RICHARDS PAVING, INC. | ) |
| | ) |
| Defendant. | ) |

## STIPULATION

IT IS HEREBY STIPULATED, by and between the parties, that the plaintiff may have an additional five (5) days in which to file his answering brief until August 18, 2006.

| | |
|---|---|
| ELZUFON, AUSTIN, REARDON TARLOV & MONDELL | ABER, GOLDLUST, BAKER & OVER |
| | |
| /s/ Matthew P. Donelson | /s/ Gary W. Aber |
| MATTHEW P. DONELSON, #4234 | GARY W. ABER, # 754 |
| 300 Delaware Avenue, Suite 1700 | 702 King Street, Suite 600 |
| P.O. Box 1630 | P.O. Box 1675 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 428-3181 | (302) 472-4900 |
| Attorney for Defendant | Attorney for Plaintiff |

SO ORDERED, this _____ day of _____, 2006.

_____
The Honorable Sue L. Robinson