IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STANFORD L. BURRIS,         ) | |
|                             ) | |
|         Plaintiff,          ) | |
|                             ) | |
|     v.                      ) | Civ. No. 04-1469-SLR |
|                             ) | |
| RICHARDS PAVING, INC.,      ) | |
|                             ) | |
|         Defendant.          ) | |

**O R D E R**

At Wilmington this 8th day of September, 2006, having reviewed plaintiff's motion to compel and defendant's response thereto;

IT IS ORDERED that said motion (D.I. 36) is denied. The requests for discovery at issue were filed by plaintiff just 30 days before the end of discovery. The motion to compel was filed 2 days after case dispositive motions were due to be filed. By defendant's response, it appears that defendant has provided the hourly wage information of its employees and has searched for the requested documents. I am satisfied that, under the circumstances, no further relief is warranted.

_____
United States District Judge