# EXHIBIT A

Stanford L. Burris

1      A.    I believe it was Rocky Paving Company.  I

2    believe.  I'm not sure.  I'm not positive.

3      Q.    How long had you worked with Rodney Paving

4    Company for?

5      A.    "Rocky."

6      Q.    "Rodney"?

7      A.    "Rocky."

8      Q.    Oh.

9      A.    R-O-C-K-Y Paving.

10     Q.    Rocky Paving.  How long did you work for

11   Rocky Paving for?

12     A.    Off and on, three, four -- whenever he

13   needed me, he'd call me.

14     Q.    And why did you leave that employment?

15     A.    Because I couldn't -- he was only working

16   me one, two days a week.  I told him to hire another

17   driver because I couldn't, I couldn't live on that

18   little bit of...

19     Q.    Okay.  Let's go back to April of 2003.

20   Tell me a little bit about the application process to

21   apply for the position at Richards Paving.

22     A.    I went in.  It appeared, another ad in the

23   paper.  And I just stopped in.  Secretary gave me an

24   application.  I filled it out.  And I believe I was

Corbett & Wilcox

Stanford L. Burris

1    interviewed that same day.

2        Q.    So just so I'm clear, you went in to fill

3    the application out, and you had the interview on

4    that same day as well?

5        A.    To the best of my knowledge.

6        Q.    The secretary who gave you the

7    application, do you recall her name?

8        A.    No, I do not.

9        Q.    Do you recall what she looked like?

10       A.    She was a Caucasian lady, I'd say

11   approximately in her mid 20s or early 30s, I think,

12   to the best of my knowledge.

13       Q.    Did you give the application back to her

14   on that day?

15       A.    No.  She took it.  To my -- as I said -- I

16   mean, I'm trying to remember.  I think she took it.

17   She told me to have a seat.  To the best of my

18   knowledge, I believe she took it and -- to somebody

19   to, to look at.

20       Q.    You testified that you believe you were

21   interviewed that day.  Do you recall who you met with

22   on that day?

23       A.    I believe it was a guy named Dave.

24       Q.    And what do you mean by "interviewed"?

Stanford L. Burris

Page 16

1    couldn't use me because of the way my voice sounds.

2              That's when I suggested I had an

3    electric larynx or cell phone; I could communicate

4    that way.  But all that was my suggestion, because I

5    really wanted the job.  I was willing to try almost

6    anything to get the job.

7    BY MR. DONELSON:

8         Q.   Sir, did a doctor ever tell you to stop

9    using the electronic larynx?

10        A.   My doctor -- well, the therapist suggested

11   that my voice was clearing up.  Several of my doctors

12   said that they could understand what I was saying.  A

13   doctor performed the operation, told me that he

14   didn't think I'd have to use it again.

15        Q.   Was that Dr. Robert Witt told you that?

16        A.   That's correct.

17        Q.   When did he tell you that?

18        A.   I'm not sure exactly when he told me, but

19   it was after -- because at the time I had to visit

20   him almost every other month.  I think it was

21   probably after a while I was doing the speech

22   therapy.

23        Q.   When was the last time you saw Dr. Witt?

24        A.   I see him every year -- I'm supposed to

Stanford L. Burris

1   lot of colds.  Dr. Kestner was my pulmonary doctor.

2        Q.   Do you still see Dr. Kestner?

3        A.   I haven't seen him in a while because I

4   owe him an old bill I haven't been able to pay yet.

5        Q.   During a typical day, are you able to

6   engage in conversation with other people without

7   using the electronic larynx?

8        A.   Sir, I haven't used the electric larynx

9   since the surgery.  But after the surgery and my neck

10  was well enough, I think I started to use the

11  larynx -- oh, probably used the larynx probably about

12  a month.  But when I started the physical therapy,

13  they said to try not to use it.

14       Q.   You testified you don't use the electronic

15  larynx.  Do you consider yourself disabled?

16                 MR. ABER:  Objection.

17                 MR. DONELSON:  You can answer.

18                 MR. ABER:  Go ahead.  You can answer.

19                 THE WITNESS:  Yes and no.

20  BY MR. DONELSON:

21       Q.   What do you mean by "yes and no"?

22       A.   Well, if you ask me can I swim, I can't

23  swim.  But I can do everything else.

24       Q.   Okay.  Does swimming have anything to do

Stanford L. Burris

Page 20

1    with your voice?

2         A.    Sure, it do.  I have an opening in my

3    neck.  I'd drown if I tried to swim.

4         Q.    So what do you mean when you say "yes,"

5    you consider yourself --

6         A.    I'm sorry.  Is there anything that we can

7    do -- I try not to think about this.  Please let's

8    move on to something else, because it really does

9    upset me because I don't like the way I sound.  I

10   don't like what happened.  Please.  I get emotional.

11   Because of all the trouble I went through, I don't

12   want to -- I really don't want to talk about it.

13        Q.    Well, sir, I have to ask you these

14   questions.  And, believe me, I'm not trying to upset

15   you, but I need to ask you these questions.

16             When you said "yes," how do you

17   consider yourself disabled, other than you can't

18   swim?

19        A.    I said "yes and no."

20        Q.    What do you mean by when you say "yes"?

21        A.    Yes, I can't do everything that a normal

22   person do.  Some words I can't pronounce as good as

23   other people.  And I said "no" because any type of

24   work, I can do.

Stanford L. Burris

Page 24

1    to take.

2        Q.    Now, this ten-wheeler truck, I presume

3    that's a standard shift?

4        A.    Yeah.   I think it's a "maxi nine."   I

5    think it's -- to my knowledge, I think it only had a

6    high and low in it.

7        Q.    Did you have to use the radio during the

8    driving test?

9        A.    No.   I wasn't asked to use the radio.   As

10   a matter of fact, that truck didn't have a radio in

11   it or a CB -- that I can remember.   But I was never

12   asked to speak on a CB.

13       Q.    When you got back to the facility, what

14   happened next?

15       A.    He told me that, that my -- the road test

16   was successful and that he needed to see a copy of my

17   driving record.

18       Q.    Did you have that with you at the time?

19       A.    No, I didn't.

20       Q.    Did he ask you for any other documents

21   besides your driving record?

22       A.    Well, I think he looked at -- if I'm

23   correct, I think he asked for -- I don't remember for

24   sure -- but he might have asked me if I had, if I had

Stanford L. Burris

1        A.    I think it was in his office, I believe,

2    to the best of my knowledge.

3                 Wait a minute.  Wait a minute.  I

4    believe it was on the outside, because he was

5    interviewing another -- there was somebody else there

6    that he was talking to.  And this guy was -- he was

7    way across the other side of the yard at the time.

8                 I think he told me that at the yard,

9    standing outside.  I believe that's where it was at.

10   Because we did have a conversation on the outside.

11   Or maybe that's when I was begging him for the job.

12   I'm not sure.

13       Q.    You said you were begging him for the job.

14   What do you mean by that?

15       A.    Well, after he told me that he couldn't

16   use me because of my voice, when I asked him, I said,

17   Well, if, if you can just hire me, just give me any

18   kind of job.  I'll take any kind of work.

19                 And he said no.

20                 But I -- that's when, that's when the

21   cell phone and the electric larynx came up, because,

22   like I said, I would have done anything to try to get

23   that job because it paid pretty good and it was

24   almost steady work.

Stanford L. Burris

Page 28

1      A.    Yeah; because I had to go and get that at

2  the Department -- the DMV the next day.

3      Q.    After he asked you for your driving

4  record, did you leave?  Did you have any further

5  discussions on that day, on that particular day?

6      A.    No.  I just was begging him for the job.

7      Q.    Was that on the first day or the second

8  day?

9      A.    The second day, after he told me he

10  couldn't use me because of my voice.

11      Q.    And I'll get to the second day.  I know

12  you're trying to jump ahead of me.

13            The first day, was there any

14  discussion on the first day between you and

15  Mr. Moluski about your voice or your larynx or

16  anything like that?

17      A.    No, there was not.

18      Q.    On that first day during the interview

19  process, did he ever ask you to talk on the CB or

20  anything like that?

21      A.    No, he did not.  I don't believe there was

22  one in the truck.  I don't remember seeing one, and I

23  know I didn't talk on one.

24      Q.    You said this was the second time that

Stanford L. Burris

Page 34

1         A.    (Indicating.)

2         Q.    Do you have any other problems stemming

3    from your larynx other than your soft speech?

4         A.    That's all I can think of.

5         Q.    Between the interview you had with

6    Richards Paving and your current job with Daisy

7    Construction, have you held any other jobs since

8    then?

9         A.    No.

10         Q.    No?  Okay.  Sir, I'm just going to show

11    you your Answers to Interrogatories.  I'm going to

12    ask if that is your signature on this page.

13         A.    Yeah, to the best -- yes.

14         Q.    And did you review your Answers to

15    Interrogatories before you signed them?

16         A.    Some of them.

17         Q.    But not all of them?

18         A.    I think I did.  I'm not sure.  It's been a

19    while back.

20         Q.    Okay.  And your Answers to

21    Interrogatories, you answered them to the best of

22    your ability and knowledge?

23         A.    Yes.  Yes, to the best of my knowledge.

24         Q.    Prior to today's deposition, did you do

Stanford L. Burris

Page 39

1      A.    Yeah, like if there's chemicals or

2    something like -- say, we was in this room and it was

3    closed up.  You spilled some chemicals or something,

4    then, yeah, it would, it would irritate me.  But I

5    could breathe, but it would irritate me and cause my

6    nose and stuff and my eyes and stuff to run.

7      Q.    Other than that extreme situation, do you

8    have any other trouble breathing?

9      A.    Not unless I'm up in a bunch of smoke and

10   stuff like that.

11     Q.    I'm just curious, what's your definition

12   of a confined space?

13     A.    Confined space is like being inside of the

14   cab of a truck.  If it filled from -- the diesel fuel

15   was coming inside the cab, that's what I'm, that's

16   what I'm referring to, a confined area.

17     Q.    But, otherwise, if you're driving a truck,

18   you don't have any problems breathing?

19     A.    I haul blacktop.  I haul blacktop.  I've

20   been hauling blacktop for the last 25, 30 years.

21   Even after I had the operation, I hauled blacktop.

22   That's what I haul mostly now, blacktop.

23              I go to all the, all the blacktop

24   plants, get loaded.  As long as I'm outside and it's