IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STANFORD L. BURRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-1469-SLR |
| | ) |
| RICHARDS PAVING, INC., | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 9th day of November, 2006, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendant's motion for summary judgment (D.I. 34) is granted in part and denied in part.

2. Defendant's motions in limine (D.I. 42, 43, 44) are granted in part and denied in part.

                                                  _____
                                                  United States District Judge