**BURRIS**
**v.**
**RICHARDS PAVING, INC.**
<u>**Civil Action No. 04-1469-SLR**</u>

---

### VOIR DIRE TO JURY PANEL

Good morning, ladies and gentlemen.  I am Judge Robinson, and I will be presiding over the trial for which a jury is about to be drawn in the case captioned **Burris v. Richards Paving, Inc.** Briefly stated, this is a claim of employment discrimination under the Americans with Disabilities Act.

The trial is scheduled to be conducted on Monday, December 4, through Wednesday, December 6.  I time my trials, so the attorneys have to complete their trial presentations within these limits.  However, jury deliberations may require you to be present longer than the scheduled 3 days.  Our trial days will run approximately from 9:30 a.m. to 4:30 p.m..

In light of this brief summary, I will ask you certain questions, the purpose of which is to:  (1) enable the court to determine whether or not any prospective juror should be excused for cause; and (2) enable counsel for the parties to exercise their individual judgment with respect to peremptory challenges, that is, challenges for which no reason need be given by counsel. If any of you answer any question "yes," please stand up and, upon being recognized by the court, state your juror number. When I have concluded asking all the questions, we will call you

to the bench individually to speak with you about your affirmative response or responses.

**HAVE CLERK ADMINISTER THE OATH TO THE PANEL**

1.    Is any member of the panel personally acquainted with, or do you have a family member or friend personally acquainted with, Stanford L. Burris or any member of his family?

2.    a)    Is any member of the panel personally acquainted with, or do you have a family member or friend personally acquainted with, any officer, director, or employee of Richards Paving, Inc.?

       b)    Have you, any family member, or anyone close to you had any dealings with, or rely financially in any way on, Richards Paving, Inc.?

3.    The following are the attorneys and law firms involved in this litigation:

            a)    Gary W. Aber of Aber, Goldlust, Baker, & Over, Wilmington, Delaware.

            b)    Matthew P. Donelson of Elzufon Austin Reardon Tarlov & Mondell, P.A., Wilmington, Delaware.

Is any member of the panel related to, or personally acquainted with, any of these attorneys, or have you ever been represented by any of these attorneys or other associates or members of the listed law firms?

4.    Is any member of the panel related to, or personally acquainted with, any of the following individuals who may appear as witnesses in this case?

        a)    Stanford L. Burris

        b)    David Moluski

        c)    Jeffrey Thompson

5.    Does any member of the panel have any personal knowledge of this case, or have you read about it or heard it discussed, or have an opinion regarding it?

6.    Have you ever been a plaintiff or a defendant in a civil lawsuit?

7.    Have you ever served before as a juror in a civil lawsuit?

8.    Have you, anyone in your family, or a close personal friend ever been involved in an employment discrimination investigation or lawsuit?

9.    Have you ever felt that you have been a victim of employment discrimination?

10.    Do you have any special disability or problem that would make it difficult or impossible for you to serve as a member of the jury in this case?

11.    Do any of you know of any other matter which you believe should be called to the Court's attention as having some bearing upon your qualifications or ability to sit as a juror, or

which you think may prevent you from rendering a fair and
impartial verdict based solely upon the evidence and my
instructions as to the law?