IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STANFORD L. BURRIS,<br>    Plaintiff,<br>v.<br>RICHARDS PAVING, INC.,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civ. No. 04-1469-SLR<br>)<br>) |

**VERDICT FORM**

We, the jury, unanimously find as follows:

1. Do you find that plaintiff has proven, by a preponderance of the evidence, that defendant perceived or regarded him as disabled?

    Yes __X__    No _____

    [If you answered "no" to this question, your deliberations are complete. Please sign the last page of this form.]

    [If you answered "yes" to this question, answer question 2.]

2. Do you find that plaintiff has proven, by a preponderance of the evidence, that he was qualified to perform the job of driving a truck?

    Yes __X__    No _____

    [If you answered "no" to this question, your deliberations are complete. Please sign the last page of this form.]

    [If you answered "yes" to this question, answer question 3.]

3. Do you find that plaintiff has proven, by a preponderance of the evidence, that his perceived disability was the determinative factor in defendant's decision not to hire him?

    Yes __X__    No _____

[If you answered "no" to this question, your deliberations are complete.  Please sign the last page of this form.]

[If you answered "yes" to this question, answer question 4.]

4.   If you find that plaintiff has proven, by a preponderance of the evidence, that he was injured because of the discrimination, state the dollar amount that will fairly compensate him for such injury.

$ _120,480.00_

Your deliberations are complete.  Each juror should sign the verdict form to reflect that a unanimous verdict has been reached.

Dated: December _5_, 2006