AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ DELAWARE

Stanford L. Burris

v.

Richards Paving, Inc.

**EXHIBIT AND WITNESS LIST**

Case Number: 04-1469-SLR

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Sue L. Robinson | Gary Aber, Esq | Matthew Donelson, Esq. |
| TRIAL DATE (S) 12/4/06 - 12/5/06 | COURT REPORTER V. Gunning | COURTROOM DEPUTY F. Tassone |

| PLF. NO | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 12/4/06 | | ✓ | Photo                                    (Burris) |
| 2 | | | | ✓ | Photo |
| 3 | | | | ✓ | Photo |
| 4 | | | | ✓ | Photo |
| 5 | | | | ✓ | Medical Examiner's Certificate |
| 6 | | | | ✓ | DE Commercial Driver License |
| 7 | | | | ✓ |                                           (Molusky) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages