## E-Mail Request for Emergency Relief

1. Case Number:  04 -cv- 1496 -SLR

2. Check the box that applies:

   ☐ Requesting a teleconference with the parties and the court
   ☐ Requesting an in-person conference with the parties and the court
   ☒ Requesting either of the above listed options at the court's determination

3. BRIEFLY describe the reason for this **emergency** request:

   > During the pre-trial conference, on November 13, 2006, the Court Ordered the defendant to provide an address for its former president (baaed on its payroll records), in order for a trial suponea to issue. The address has not yet been provided. It is the plaintiff's understanding that the defendant will not communicate the information to its attorney.

   *Any text added beyond the limits of this space will be disregarded by the court.

4. Name of opposing counsel contacted about this request: Mathew Donaldson, Esq.

5. Response of opposing counsel to this request:

   > His client refuses to communicate the information to him.

6. Name of local counsel making this request: Gary W. Aber

7. Today's Date: November 27, 2006

****************************************************************************************

For court use only:

> Defendant may have to pay the costs of the private investigator. If the former president cannot be found, the court will consider other sanctions.