IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STANFORD L. BURRIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 04-1469-SLR |
| RICHARDS PAVING, INC., | ) ) ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 7th day of December, 2006,

IT IS ORDERED that the Clerk of Court for the District of Delaware be and is hereby directed to furnish lunch for eight (8) jurors in the above captioned case for the dates of December 4 and 5, 2006.

United States District Judge

cc: Financial Administrator