**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| Stanford L. Burris | : | |
| Plaintiff, | : | |
| | : | Civ. No. 04-1469-SLR |
| v. | : | |
| Richards Paving, Inc. | : | |
| Defendant | : | |

**AFFIDAVIT OF RICHARD PEINDAK IN SUPPORT OF MOTION FOR REMITTITUR**

| | | |
|---|---|---|
| STATE OF DELAWARE | : | |
| | : | SS. |
| NEW CASTLE COUNTY | : | |

I, Richard Piendak, having been duly sworn according to the law do depose and say:

1. I am the President of Richards Paving Inc.

2. I am personally aware of the number of full time employees, employed by Richards Paving.

3. Based on the above, Richards Paving employs less than 100 employees during at any and all times during the year.

RICHARD PIENDAK

SWORN TO AND SUBSCRIBED before me this 19 of December, 2006.

NOTARY PUBLIC

Kathleen Olkowski
Notary Public, State of Delaware
My Commission Expires September 26, 2008

Kathleen Olkowski
Notary Public, State of Delaware
My Commission Expires September 26, 2008