IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STANFORD L. BURRIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 04-1469-SLR |
| RICHARDS PAVING INC., | ) ) ) |
| Defendant. | ) |

**JUDGMENT IN A CIVIL CASE**

Consistent with the jury verdict returned on December 5, 2006;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of plaintiff Stanford L. Burris and against defendant Richards Paving Inc.

_____
United States District Judge

Dated: December 20, 2006

_____
(By) Deputy Clerk