IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STANFORD L. BURRIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 04-1469-SLR ) |
| RICHARDS PAVING, INC., | ) ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 8th day of February, 2007, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendant's renewed motion for judgment as a matter of law or, in the alternative, remittitur (D.I. 65), is granted in part and denied in part.

2. Plaintiff's motion for the award of attorney's fees (D.I. 63) is granted.

3. Defendant's motion for a stay in the execution of judgment (D.I. 74) is denied as moot.

4. Plaintiff's motion for the setting of a security bond (D.I. 64) is denied as moot.

_____
United States District Judge